**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy          06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Virginia<br>First name<br><br>Middle name<br><br>Toalepai<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | AKA Virginia To'alepai<br>FKA Virginia Littlefield<br>FKA Virginia McKnight<br>FKA Virginia Tamanaikaiyaroi |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5122 |  |

Debtor 1    Virginia Toalepai

Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | EIN | EIN |

**5.** **Where you live**

1797 Valenzano Way
Las Vegas, NV 89129
Number, Street, City, State & ZIP Code

Clark
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 2

Debtor 1   Virginia Toalepai                                      Case number *(if known)* _____

---

**Part 2:**   **Tell the Court About Your Bankruptcy Case**

| | | |
|---|---|---|
| 7. | **The chapter of the Bankruptcy Code you are choosing to file under** | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box. |

    ☐ Chapter 7
    ☒ Chapter 11
    ☐ Chapter 12
    ☐ Chapter 13

---

| | |
|---|---|
| 8. | **How you will pay the fee** |

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

| | |
|---|---|
| 9. | **Have you filed for bankruptcy within the last 8 years?** |

☒ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

| | |
|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?** |

☒ No
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

| | |
|---|---|
| 11. | **Do you rent your residence?** |

☒ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

    ☐    No. Go to line 12.
    ☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1   Virginia Toalepai                                                     Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No.      Go to Part 4.

☐ Yes.     Name and location of business

_____

Name of business, if any

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.      I am not filing under Chapter 11.

☒ No.      I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.
☐ Yes.

What is the hazard?                    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?                 _____

Number, Street, City, State & Zip Code

---

Debtor 1    Virginia Toalepai _____    Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.   If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    Virginia Toalepai                                         Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☒ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☒ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐  More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Virginia Toalepai

Virginia Toalepai
Signature of Debtor 1

Signature of Debtor 2

Executed on    May 28, 2026
MM / DD / YYYY

Executed on
MM / DD / YYYY

Debtor 1   Virginia Toalepai                                                                 Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.   I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| /s/ Daniel Riggs | Date | May 28, 2026 |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

Daniel Riggs 12270
Printed name

Riggs Law Firm
Firm name

5545 S Mountain Vista Street Suite A
Las Vegas, NV 89120
Number, Street, City, State & ZIP Code

Contact phone   (702) 605-5070          Email address   driggs@danriggs.com

12270 NV
Bar number & State

---

Certificate Number: 15725-NV-CC-040815557



15725-NV-CC-040815557

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 3, 2026</u>, at <u>11:45</u> o'clock <u>PM EDT</u>, <u>Virginia Toalepai</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of Nevada</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>April 3, 2026</u>                     By:      <u>/s/Ivanovich Rhenals</u>

                                              Name:   <u>Ivanovich Rhenals</u>

                                              Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Virginia Toalepai | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | |
| Case number (if known) | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders       12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.   11 U.S.C. § 101.   Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest.    Do Not Include Claims by Insiders.**

|  |  |  | **Unsecured claim** |
|---|---|---|---|

**1**  AMUR Equipment
304 W. 3rd Street
PO Box2555
Grand Island, NE 68801

What is the nature of the claim?    Business Debt          $118,882.85

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:                    -
         Unsecured claim

Contact

Contact phone

**2**  Civilwerx
4845 Judson Avenue
Las Vegas, NV 89115

What is the nature of the claim?    Service          $23,463.19

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:                    -
         Unsecured claim

Contact

Contact phone

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    Virginia Toalepai                 Case number *(if known)* _____

---

**3**

Ford Motor Credit
1 American Rd.
Dearborn, MI 48126

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____  $43,803.19

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☒ Yes. Total claim (secured and unsecured)    $43,803.19
     Value of security:    - $0.00
     Unsecured claim    $43,803.19

---

**4**

Ford Motor Credit
1 American Rd.
Dearborn, MI 48126

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____  $22,667.75

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☒ Yes. Total claim (secured and unsecured)    $22,667.75
     Value of security:    - $0.00
     Unsecured claim    $22,667.75

---

**5**

JPMCB Auto
700 Kansas Lane
Monroe, LA 71203

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   2023 Ford Bronco
35135 miles    $2,944.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☒ Yes. Total claim (secured and unsecured)    $24,444.00
     Value of security:    - $21,500.00
     Unsecured claim    $2,944.00

---

**6**

Las Vegas BillBoards, LLC
c/o Law office of Hayes & Welsh
199 North Arroyo Grande Blvd.,
suite 200

Henderson, NV 89074

**What is the nature of the claim?**   Business Debt    $14,210.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No

---

Software Copyright (c) 1996-2026 Best Case, LLC    - www.bestcase.com        Best Case Bankruptcy

Debtor 1    Virginia Toalepai          Case number *(if known)* _____

| | |
|---|---|
| Contact | ☐ Yes. Total claim (secured and unsecured) _____ |
| _____ | Value of security: - _____ |
| Contact phone | Unsecured claim _____ |

---

**7**

Local Waste Services, LLC
1930 S. Alma School Road, Suite
A200
Mesa, AZ 85210

_____

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____      $468,477.47

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☒ Yes. Total claim (secured and unsecured)      $468,477.47
   Value of security: -   $0.00
   Unsecured claim      $468,477.47

---

**8**

Mark A. Murphy / Water Street
Advisors
P. Sterling Kerr, Esq.
Kerr Simpson Attorneys At Law
2900 W. Horizon Ridge Parkway,
Suite 200

Henderson, NV 89052

_____

_____
Contact

_____
Contact phone

**What is the nature of the claim?**    Personal Guarantor    $85,908.40

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: - _____
   Unsecured claim _____

---

**9**

Mountain America Credit Union
PO Box 2331
Sandy, UT 84091

_____

_____
Contact

_____
Contact phone

**What is the nature of the claim?**    Personal Guarantor    $30,924.44

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: - _____
   Unsecured claim _____

---

**10**

Pawnee Leasing Corporation
c/o Dubowsky Law Office
300 S. Fourth Street, suite 1020
Las Vegas, NV 89101

_____

**What is the nature of the claim?**    Personal Guarantor    $22,797.21

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

---

Software Copyright (c) 1996-2026 Best Case, LLC    - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Virginia Toalepai                                    Case number *(if known)*

---

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                          -  _____
   Unsecured claim                               _____

---

**11**

PolyJohn Enterprises, LLC
c/o Caine & Weiner
P.O. Box 55848
Sherman Oaks, CA 91413

**What is the nature of the claim?**    Personal Guarantor    $22,683.95

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                          -  _____
   Unsecured claim                               _____

Contact

Contact phone

---

**12**

Silverado Partners, LTD
PO Box 1493
Queen Creek, AZ 85142

**What is the nature of the claim?**    Personal Guarantor    $22,810.70

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                          -  _____
   Unsecured claim                               _____

Contact

Contact phone

---

**13**

Spencer Wong / New Marion, LLC
c/o Kaempfer Crowell
1980 Festival Plaza Drive,
Suite 650
Las Vegas, NV 89135

**What is the nature of the claim?**    Personal Guarantor    $269,582.19

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                          -  _____
   Unsecured claim                               _____

Contact

Contact phone

---

**14**

State of Nevada Department of
Taxation
3850 Arrowhead Dr.

**What is the nature of the claim?**    corporation taxes    $48,502.15

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated

---

Software Copyright (c) 1996-2026 Best Case, LLC    - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Virginia Toalepai                                    Case number *(if known)* _____

Carson City, NV 89706                ☐    Disputed
                                     ☒    None of the above apply

_____            **Does the creditor have a lien on your property?**

_____            ☒    No
                                     ☐    Yes. Total claim (secured and unsecured)    _____
_____                   Value of security:                     -  _____
Contact                                     Unsecured claim                          _____

_____
Contact phone

---

**15**

Stearns Bank                         **What is the nature of the claim?**    Personal Guarantor    $67,886.69
4191 2nd St S
Saint Cloud, MN 56301                **As of the date you file, the claim is:** Check all that apply
                                     ☐    Contingent
                                     ☐    Unliquidated
                                     ☐    Disputed
                                     ☒    None of the above apply

_____            **Does the creditor have a lien on your property?**

_____            ☒    No
                                     ☐    Yes. Total claim (secured and unsecured)    _____
Contact                                     Value of security:                     -  _____
                                            Unsecured claim                          _____
_____
Contact phone

---

**16**

The Huntington National Bank         **What is the nature of the claim?**    Personal Guarantor    $209,856.37
c/o Womble Bond Dickinson
555 Fayetteville Street              **As of the date you file, the claim is:** Check all that apply
Suite 1100                           ☐    Contingent
Raleigh, NC 27601                    ☐    Unliquidated
                                     ☐    Disputed
                                     ☒    None of the above apply

_____            **Does the creditor have a lien on your property?**

_____            ☒    No
                                     ☐    Yes. Total claim (secured and unsecured)    _____
Contact                                     Value of security:                     -  _____
                                            Unsecured claim                          _____
_____
Contact phone

---

**17**

Verdant Commercial Capital           **What is the nature of the claim?**    Personal Guarantor    $64,691.26
9987 Carver Rd.
Suite 110                            **As of the date you file, the claim is:** Check all that apply
Cincinnati, OH 45242                 ☐    Contingent
                                     ☐    Unliquidated
                                     ☐    Disputed
                                     ☒    None of the above apply

_____            **Does the creditor have a lien on your property?**

_____            ☒    No
                                     ☐    Yes. Total claim (secured and unsecured)    _____
Contact                                     Value of security:                     -  _____
                                            Unsecured claim                          _____
_____
Contact phone

---

**18**

West Henderson Hospital              **What is the nature of the claim?**    Medical Bill    $49,503.20

                                     **As of the date you file, the claim is:** Check all that apply

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 5

Software Copyright (c) 1996-2026 Best Case, LLC    - www.bestcase.com                                            Best Case Bankruptcy

Debtor 1    Virginia Toalepai _____    Case number *(if known)* _____

Po Box 31001-0827
Pasadena, CA 91110

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

_____

Contact

☒ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:                    - _____
      Unsecured claim                         _____

Contact phone

---

**19**

Western Equipment Finance
PO Box 640
Devils Lake, ND 58301

**What is the nature of the claim?**    Personal Guarantor    $114,656.13

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

_____

Contact

☒ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:                    - _____
      Unsecured claim                         _____

Contact phone

---

**20**

Wintrust Specialty Finance
PO Box 84783
Seattle, WA 98124

**What is the nature of the claim?**    Personal Guarantor    $42,342.09

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

_____

Contact

☒ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:                    - _____
      Unsecured claim                         _____

Contact phone

---

**Part 2:    Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X    /s/ Virginia Toalepai _____

Virginia Toalepai
Signature of Debtor 1

X    _____

Signature of Debtor 2

Date    May 28, 2026 _____

Date    _____

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 6

Software Copyright (c) 1996-2026 Best Case, LLC    - www.bestcase.com                                      Best Case Bankruptcy

10 BHS
PO Box 878
Spanish Fork, UT 84660-0878


4G Concrete, LLC
294 Clayton Street
Las Vegas, NV


Ally Financial, Inc
PO Box 380901
Bloomington, MN 55438-0901


Ally Financial, Inc
Attn: Bankruptcy
PO Box 380901
Bloomington, MN 55438-0901


Alpha Aromatics
c/o Altusrm
2121 Airline Drive, Suite 520
Metairie, LA 70001


AMUR Equipment
304 W. 3rd Street
PO Box2555
Grand Island, NE 68801


Chase
PO Box 15548
Wilmington, DE 19886


Chase Auto Finance
700 Kansas Ln
Monroe, LA 71203-4774


Chase Auto Finance
Attn: Bankruptcy
700 Kansas Ln # LA4
Monroe, LA 71203-4774


Civilwerx
4845 Judson Avenue
Las Vegas, NV 89115


Clark County Treasurer
500 S. Grand Central Parkway
Box 551220
Las Vegas, NV 89155


Client Services
PO box 117
Saint Charles, MO 63302


Client Services
514 Earth City Expy Ste 310
Earth City, MO 63045

Comenity/Alphaeoncos
PO Box 182120
Columbus, OH 43218-2120


Comenity/Alphaeoncos
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125


Cox Business
c/o McCarthy, Burgess & Wolff
The MB&W Building 26000 Cannon Road
Bedford, OH 44146


Dignity Health
St. Rose Dominican Siena Campus
14141 Southwest Freeway Suite 300
Sugar Land, TX 77478


DiMarco National
4976 Spanish Heights Dr.
Las Vegas, NV 89148


Enterprise Bank & Trust
11939 Rancho Bernanrdo Road, Suite 200
San Diego, CA 92128


Ford Motor Credit
1 American Rd.
Dearborn, MI 48126


Fst Premier
3820 N Louise Ave
Sioux Falls, SD 57107-0145


Fst Premier
Attn: Bankruptcy
601 S Minnesota Ave
Sioux Falls, SD 57104-4824


Holland & Hart
9555 Hillwood Drive,
2nd Floor
Las Vegas, NV 89134


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Joshua Ernst, Esq.
Ernst, Brown & Draper, PLLC
1930 s. alma School Road Suite A200
Mesa, AZ 85210


JPMCB Auto
700 Kansas Lane
Monroe, LA 71203

JPMCB AUTO
PO Box 901003
Fort Worth, TX 76101


Las Vegas BillBoards, LLC
c/o Law office of Hayes & Welsh
199 North Arroyo Grande Blvd., suite 200
Henderson, NV 89074


Leaf Capital Funding, LLC
c/o Chase Weiss & Kehoe
463 Livingston Street, Suite 102-156
Norwood, NJ 07648


LMC Pathology Services
File 749203
Los Angeles, CA 90074


LMC Pathology Services
Mail Processing center
Dept. OP1001 PO Box 600
Oaks, PA 19456


Local Waste Services, LLC
1930 S. Alma School Road, Suite A200
Mesa, AZ 85210


M2 Equipent Finance
20800 Swenson Dr.
Suite 475
Waukesha, WI 53186


Mark A. Murphy / Water Street Advisors
P. Sterling Kerr, Esq.
Kerr Simpson Attorneys At Law 2900 W. Ho
Henderson, NV 89052


McCarthy & Holthus
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117


Mountain America Credit Union
PO Box 2331
Sandy, UT 84091


National Pipeline Contractors, LLC
656 Eastgate Road
Henderson, NV 89011


Nevada DETR
Employment Security Division
Contribution Section 500 East Third Stre
Carson City, NV 89713


Nr/sms/cal
PO Box 10826
Greenville, SC 29603-0826

Optum
PO Box 18402
Las Vegas, NV 89114


Ossis Iron Works
4860 Cecile Ave.
Las Vegas, NV 89115


Pawnee Leasing Corporation
c/o Dubowsky Law Office
300 S. Fourth Street, suite 1020
Las Vegas, NV 89101


Peel Brimley LLP
3333 East Serene Ave. Ste. 200
Henderson, NV 89074


Phytomer Corporation
c/o NACM Commercial Services Collection
606 N. Pines Rd. Suite 102
Spokane, WA 99206


Planet home Lending
321 Research Pkwy
Suite 303
Meriden, CT 06450


Planet Home Lending, LLC
PO Box 1001
Meriden, CT 06450


Platinum Hospitalists, LLP
10624 S. Eastern Ave.
A-955
Henderson, NV 89052


PolyJohn Enterprises, LLC
c/o Caine & Weiner
P.O. Box 55848
Sherman Oaks, CA 91413


Radiology Associates of Nevada
PO Box 30077
Dept 305
Salt Lake City, UT 84130


Republic Services
PO box 78829
Phoenix, AZ 85062


Roma Hills Owners' Association
c/o Leach Kern Gruchow Song
2525 Box Canyon Drive
Las Vegas, NV 89128

SBA Loan Operations
Enterprise Bank & Trust
11939 Rancho Bernardo Rd., Ste. 200
San Diego, CA 92128


SBS Default Services, LLC
31194 La Baya Drive,
Suite 106
Thousand Oaks, CA 91362


Select Portfolio Servicing, Inc
10401 Deerwood Park Blvd
Jacksonville, FL 32256-5007


Select Portfolio Servicing, Inc
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250


Select Portfolio Svcin
PO Box 65250
Salt Lake City, UT 84165


Shellpoint Mortgage
PO Box 51850
Livonia, MI 48151


Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826


Silverado Partners, LTD
PO Box 1493
Queen Creek, AZ 85142


Spencer Wong / New Marion, LLC
c/o Kaempfer Crowell
1980 Festival Plaza Drive,  Suite 650
Las Vegas, NV 89135


State of Nevada


State of Nevada Department of Taxation
3850 Arrowhead Dr.
Carson City, NV 89706


Stearns Bank
4191 2nd St S
Saint Cloud, MN 56301


TD Auto Finane
PO Box 71466
Philadelphia, PA 19176

The Huntington National Bank
c/o Womble Bond Dickinson
555 Fayetteville Street Suite 1100
Raleigh, NC 27601


US Loan Servicing
9670 W. Tropicana,
Suite 100
Las Vegas, NV 89147


Verdant Commercial Capital
9987 Carver Rd.
Suite 110
Cincinnati, OH 45242


Vituity NV Med SVC Koury Ptnrs
PO Box 582663
Modesto, CA 95358


West Henderson emergency Physicians
PO Box 80806
City of Industry, CA 91716


West Henderson Emergency Physicians
898 North Pacific Coast Highway
Suite 600
El Segundo, CA 90245


West Henderson Hospital
Po Box 31001-0827
Pasadena, CA 91110


West Henderson Hospital
1155 Raiders Way
Henderson, NV 89052


Western Equipment Finance
PO Box 640
Devils Lake, ND 58301


Wintrust Specialty Finance
PO Box 84783
Seattle, WA 98124


Yan Kenyon
7881 W. Charleston Blvd. suite 165
Las Vegas, NV 89117


Zions Debt Holdings, LLC
Attn: Bankruptcy
PO Box 878
Spanish Fork, UT 84660-0878


Zionsdebthol
PO Box 878
Spanish Fork, UT 84660-0878