_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
July 02, 2026

PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN, SBN MN 310931
ASSISTANT UNITED STATES TRUSTEE
ALYSSA A. ROGAN, SBN CA 354257
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Email: *alyssa.rogan@usdoj.gov*

Attorneys for Peter C. Anderson
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>VIRGINIA TOALEPAI<br>*aka* VIRGINIA TO'ALEPAI<br>*fka* VIRGINIA LITTLEFIELD<br>*fka* VIRGINIA MCKNIGHT<br>*fka* VIRGINIA TAMANAIKAIYAROI,<br><br>                   Debtor. | Case No. 26-13346-abl<br>Chapter 11<br><br>Hearing Date: July 15, 2026<br>Hearing Time: 1:30 p.m.<br>Tel. Conf. Line: 833-435-1820<br>Meeting ID: 161 110 6049<br>Passcode: 154251# |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE
U.S. TRUSTEE AND DEBTOR TO EXTEND THE EMPLOYMENT
<u>APPLICATION OBJECTION AND RESPONSE DEADLINES</u>**

The Court having reviewed the *Stipulation by and Between the U.S. Trustee and Debtor to Extend*

*the Employment Application Objection and Response Deadlines* (the "Stipulation") [ECF No. 56] entered

1

into between the United States Trustee ("U.S. Trustee") and the debtor, Virginia Toalepai (the "Debtor"), and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved;

IT IS HEREBY FURTHER ORDERED that the time period for the U.S. Trustee to file an objection to the Debtor's employment application [ECF No. 30] is extended from July 1, 2026, to and including July 8, 2026; and

IT IS HEREBY FURTHER ORDERED that the time period for the Debtor to file a reply is extended from July 8, 2026, to July 13, 2026.

Respectfully submitted,

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: /s/ Alyssa A. Rogan
    Alyssa A. Rogan
    Trial Attorney for the United States Trustee

Approved

By: /s/ Daniel G. Riggs
    Daniel G. Riggs
    Attorney for the Debtor

###