RIGGS LAW FIRM, LLC
DANIEL RIGGS, ESQ. NBN 12270
E-mail: driggs@danriggs.com
5545 S. Mountain Vista Street
Las Vegas, NV 89120
Tel: (702) 605-5070
Proposed Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>VIRGINIA TOALEPAI<br><br><div align="center">Debtor.</div> | BK-S-26-13346-ABL<br>Chapter 13<br><br><u>Status Conference:</u><br>Hearing Date: July 8, 2026<br>Hearing Time 1:30 pm |

**DEBTOR'S STATUS REPORT**

Virginia Toalepai as debtor and debtor in possession (the "Debtor"), submits her status report pursuant to the Court's *Order Scheduling Status Conference* [ECF No. 6], and represents as follows:

1.      The Debtor owns and operates several businesses in the State of Nevada. These businesses mainly provide safety equipment, consulting, and inspections for construction projects. The Debtor is an individual who lives in Las Vegas, Nevada.

2.      On May 28, 2026, (the "Petition Date"), the Debtor filed her voluntary petition or relief under chapter 11 of the United States Code (the "Bankruptcy Code"), thereby commencing its respective bankruptcy case (the "Chapter 11 Case"). The Debtor is authorized to continue managing her financial affairs and operating her businesses as the debtor in possession pursuant to §§1107(a) and 1108 of the Bankruptcy Code.

3.      The Debtor filed for bankruptcy to restructure her debts after her businesses have taken a financial hit for the past several years. Debtor has been attempting to keep the businesses afloat while at the expense of her personal finances. Debtor also has personally guaranteed several businesses debts leaving her exposed to millions of dollars in guarantees.

4.      On the Petition Date, the Debtor filed a "skeletal" bankruptcy filing of only its *Voluntary Petition*, top 20 unsecured creditors, and creditor matrix. [ECF No. 1]. Proper and timely notice of the commencement of the bankruptcy case was served on all creditors and parties in interest. [ECF No. 9].

5.      Due to complexity of the Debtor's case due to the numerous co-signed business debts and co-owned assets, the Debtor file a motion requesting an extension of time of two (2) weeks to filed her bankruptcy schedules and statement of financial affairs. [ECF No. 22].

6.      On June 17, 2026, the Debor's proposed counsel filed its application for approval to be employed as general bankruptcy counsel [ECF No. 30], which is set to be heard on July 15, 2026 [ECF No. 32].

7.      On June 25, 2026, the Debtor filed her full bankruptcy *Schedules and Statements of Financial Affairs* [ECF No. 37]. Unfortunately, counsel's bankruptcy software filed them under an incorrect caption which was fixed soon after the docketing error was issued. [ECF Nos. 48 and 50].

8.      On June 24, 2026, the Debtor attended her Initial Debtor Interview with the Office of the United States Trustee (the "OUST") which was completed on June 30, 2026.

9.      On July 2, 2026 the OUST conducted the Debtor's § 341(a) initial meeting of creditors. The meeting was continued to July 28, 2026 [ECF No. 58].

10.      Since the Petition Date, the Debtor has been actively seeking to grow her business RSO Corporation so that she can paid pursuant to the Schedule I filed in this case. Debtor believes at the present time that her income and expenses are represented in the Schedules I and J filed [ECF 50 p. 53-56]. However, as required by the Scheduling Order a simplified budget is attached is as follows:

Income: Debtor is being paid $6,000 per week by RSO Corporation. This income commenced on June 26, 2026. Gross income has been averaged at $26,000 per month and Net Income at $18,666.68.

/ / /

2

Expenses: Debtor has monthly living expenses as follows:

Mortgage on Royal Heritage…………………………….…………………$3,466.02

Utilities, HOA, and Maintenance on Royal Heritage …….………………$1,318.00

Food, housekeeping, clothing, and other personal care items….………….$1,700.00

Transportation……………………………………………….………….$750.00

Entertainment…………………………………………………………...$250.00

Charitable Contributions…………………………………………………$2,600.00

Insurances…………………………………………………………...$1,852.17

Vehicle Payments…………………………………………………...$2,264.77

Utilities on properties to be sold………………………………………….$1,378.00

Assistance to Parents…………………………………………….……$150.00

11.     Additionally, Debtor plans on listing three different pieces of real property for sale: 2240 Alanhurst Dr. Henderson, NV 89052; 10251 W. Agate Ave., Las Vegas, NV 89161; and 1797 Valenzano Way, Henderson, NV 89012. Debtor believes this will enable her to satisfy the debts encumbered by those properties and that there will likely be additional funds available for the Debtor's estate. Debtor intends on filing a motion to employ a real estate professional in the coming weeks. Further, in an effort to reduce her monthly expenses, Debtor plans on moving from her residence on Valenzano Way to 6880 Royal Heritage Court, Las Vegas, NV 89110.

12.     The Debtor's exclusivity period pursuant to § 1121 of the Bankruptcy Code expires on September 25, 2026. Debtor believes that she will be able to meet that deadline.

Dated: July 3, 2026

By: /s/ Daniel Riggs, Esq.
**RIGGS LAW FIRM, LLC**
DANIEL RIGGS, ESQ., NBN 12270
5545 S. Mountain Vista Street
Las Vegas, Nevada 89120
Proposed Attorney for Debtor